UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR5939-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL |
| | ) | OF INDICTMENT AS TO DEFENDANT |
| ALLY MARIE MISTONE (2), | ) | ALLY MARIE MISTONE (2) |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the indictment only as to Defendant Two, ALLY MARIE MISTONE (2), in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 23, 2012

_____
HON. DANA M. SABRAW
United States District Judge